IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE, MAGAÑA, pro se,

    Petitioner,

  v.                                  No. CIV 13-0211 JB/RHS

WARDEN, VAUGHN, CCA,
MILAN WARDEN; FEDERAL
BUREAU OF PRISONS. (BOP),

    Respondents.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed April 30, 2013 (Doc. 6), in which the Court ordered that: "Petitioner Jose Magaña's Motion Pursuant to 28 U.S.C. § 2241, Writ of Habeas Corpus, filed March 5, 2013 (Doc. 1) is dismissed without prejudice to his right to seek relief under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), or 42 U.S.C. § 1983 . . . ." Memorandum Opinion and Order at 3. Because the Court's Memorandum Opinion and Order disposes of all claims and parties before the Court, the Court now enters final judgment.

**IT IS ORDERED** that Petitioner Jose Magaña's claims and case are dismissed without prejudice, and final judgment is entered in this matter.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Jose Magaña
Cibola County Correctional Center
Mila, New Mexico

    *Petitioner pro se*